UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0136 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Michael Eugene Hunter (2), | |
| Defendant. | |

---

This matter is before the Court on the November 6, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 70.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b); *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R and all the files, record, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 6, 2020 R&R, (Dkt. 70), is **ADOPTED**.

2. Defendant Michael Eugene Hunter's motion to suppress, (Dkt. 41), is **DENIED**.

Dated:  December 21, 2020

<u>s/Wilhelmina M. Wright</u>
Wilhelmina M. Wright
United States District Judge